UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ROSS J. STEVENS,                                                   Case No.

                Plaintiff(s),                        Rule 7.1 Statement

   -against-

SAMUEL ROSA and RDT SECURITY, INC.,

                Defendant(s).
------------------------------------------------------------------------x

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for R.D.T. Security, Ltd. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

     NONE.


Date: May 30, 2007

                                                                  Paul Felicione (7795)