UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ROSS J. STEVENS,

               Plaintiff,

      -against-                                     07 Civ. 4444 (LAK)

SAMUEL ROSA, et ano.,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

[USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 6/19/07]

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      By order dated June 5, 2007, the Court noted that the notice of removal was deficient to establish subject matter jurisdiction and timeliness of removal, among other defects, and indicated that the action would be remanded absent the filing of a sufficient amended notice of removal by June 12, 2007. No such amended notice having been filed, the action is remanded to the New York Supreme Court, Bronx County.

      SO ORDERED.

Dated:     June 19, 2007

                                                           _____
                                                           Lewis A. Kaplan
                                                        United States District Judge